**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7877**

———————

JAMES A. FARMER, JR.,

                                        Plaintiff - Appellant,

        versus

B. A. BLEDSOE; J. DAVIDSON; J. CRUM; A. WOLF;
BUREAU OF PRISONS, Officers,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(CA-05-631-7)

———————

Submitted:  March 30, 2006                 Decided:  April 10, 2006

———————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James A. Farmer, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Farmer, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Farmer v. Bledsoe, No. CA-05-631-7 (W.D. Va. Nov. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED